UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2010 FEB -2 P 4:18

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH M. NASH,

Defendant.

Case No. 10-CR- 10-CR-013

[18 U.S.C. §§ 922(g)(1) & 924(a)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about December 19, 2009, in the State and Eastern District of Wisconsin,

**JOSEPH M. NASH,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was, therefore, in and affecting commerce.

2. The firearm is more fully described as a Bryco Arms, model Jennings 9, 9mm pistol, bearing serial number 1480974.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

FOREPERSON
Date: Feb 2, 2010

JAMES L. SANTELLE
United States Attorney